718

Submitted March 24, 1970. *John J. Brier,* Assistant Public Defender, for appellant; *Harry P. O'Neill, Jr.,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Tselepis, Appellant.

▪▪▪▪▪▪▪▪▪▪ Argued April 13, 1970. *Charles F. Bowers, Jr.,* with him *James B. Ceris,* for appellant; *Herbert G. Summerfield, Jr.,* Assistant District Attorney, with him *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Tyczkowski, Appellant.

▪▪▪▪▪▪▪▪▪▪ Submitted April 13, 1970. *Vedder J. White,* Public Defender, for appellant; *Robert B. McCullough,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Tyczkowski, Appellant.